**AKIN GUMP STRAUSS HAUER & FELD LLP**
Kevin G. McBride (SBN 195866)
kmcbride@akingump.com
Brock F. Wilson (SBN 248018)
bfwilson@akingump.com
4 Park Plaza, Suite 1900
Irvine, CA 92614
Telephone:  949-885-4100
Facsimile:  949-885-4101

Attorneys for Defendant
PROJECT LIGHT, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOLD CREST, LLC, a California Limited Liability Company,<br><br>    Plaintiff,<br><br>v.<br><br>PROJECT LIGHT, LLC, an Ohio Limited Liability Company; and DOES 1-10, inclusive,<br><br>    Defendants. | CASE NO. 2:19-cv-6982-RGK (Ex)<br><br>**PROJECT LIGHT, LLC'S NOTICE OF INTERESTED PARTIES**<br><br>**[F.R.C.P. 7.1 & L.R. 7.1-1]** |

1

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure and Local Rule 7.1-1, the undersigned, counsel of record for Project Light, LLC, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

Project Light, LLC, has no corporate parents, and no publicly held corporation owns ten percent (10%) or more of its stock.

1. Plaintiff GOLD CREST, LLC
2. Defendant PROJECT LIGHT, LLC

Dated: October 25, 2019

AKIN GUMP STRAUSS HAUER & FELD LLP

By: /s/ *Brock F. Wilson*
Kevin G. McBride
Brock F. Wilson

Attorneys for Defendant
PROJECT LIGHT LLC