## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO

GOLD CREST, LLC

CIVIL CASE NO.   5:19-cv-02921

vs.

JUDGE    Sara Lioi

PROJECT LIGHT, LLC, et al.

PRAECIPE FOR ISSUANCE

☐  ORIGINAL SUMMONS

☒  ALIAS SUMMONS

☐  THIRD PARTY SUMMONS

☐  CERTIFICATE OF JUDGMENT LIEN UPON LANDS AND TENEMENTS §2329.02 ORC

☐  CERTIFICATE OF JUDGMENT FOR REGISTRATION IN ANOTHER DISTRICT

☐  WRIT OF EXECUTION

☐  OTHER (Please Specify)  _____

Document to be issued should be uploaded as an attachment to the Praecipe.

If service of summons will be done by certified or ordinary mail, see Local Rule  4.2.

Date:  06-29-2020             By:   s/ Konrad L. Trope

                              Attorney for  Plaintiff Gold Crest, LLC

revised 02/2009