# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **GOLD CREST, LLC, a California Limited Liability Company,** | : | CASE NO. 5:19-CV-02921 |
| | : | |
| | : | (Judge Sara Lioi) |
| Plaintiff, | : | |
| | : | |
| v. | : | **MOTION TO WITHDRAW** |
| | : | **ATTORNEY APPEARANCE** |
| **PROJECT LIGHT, LLC, an Ohio Limited Liability Company; and DOES 1-10, inclusive,** | : : : | |
| Defendants. | | |

In accordance with Local Rule 83.9, I, Kelsey A. Ewing, request to withdraw as an attorney of record for Plaintiff Gold Crest, LLC in the above-captioned action. I am no longer an attorney with Tucker Ellis LLP, however, the remaining counsel of record for Tucker Ellis LLP will continue to serve as counsel to Plaintiffs in the above-captioned action.

Dated: December 29, 2021

                   Respectfully submitted,

                   /s/ *Kelsey A. Ewing*
                   Kelsey A. Ewing (99061)
                   Tucker Ellis LLP
                   950 Main Avenue, Ste. 1100
                   Cleveland, OH 44113
                   Tel.: 216-592-5000
                   Fax.: 216-592-5009
                   Kelsey.ewing@tuckerellis.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 29, 2021, I electronically filed the foregoing electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ *Kelsey A. Ewing*
Kelsey A. Ewing (99061)