**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| GOLD CREST, LLC, a California Limited Liability Company, | CASE No. 5:19-CV-02921 |
| Plaintiff | JUDGE SARA LIOI |
| vs. | |
| PROJECT LIGHT, LLC, an Ohio Limited Liability Company; and DOES 1-10, inclusive, | |
| Defendants | |

<u>**Motion to Withdraw As Counsel for Mr. Campbell and Mr. Bernstein**</u>

Plaintiff's counsel Mr. Campbell and Mr. Bernstein move this Court for leave to withdraw as record in the above-numbered case subject to Local Rule 83.9. Plaintiff has been notified, and Plaintiff's counsel Mr. Trope and Mr. Tsircou will remain as counsel of record while also having secured replacement local counsel.

Dated: March 28, 2022                    Respectfully,

*/s/ David A. Bernstein*                     /s/ *Jay R. Campbell*
David A. Bernstein                     Jay R. Campbell (0041293)
Tucker Ellis LLP                     Tucker Ellis LLP
950 Main Avenue, Suite 1100                     950 Main Avenue, Suite 1100
Cleveland, OH 44113                     Cleveland, Ohio 44113
Phone: 216.592.5000                     Phone: 216-592-5000
Fax:     216.592.5009                     Fax:     216-592-5009
Email: david.bernstein@tuckerellis.com                     Email: Jay.Campbell@tuckerellis.com

*One of the Attorneys for Plaintiff Gold*     *One of the Attorneys for Plaintiff Gold Crest, LLC.*
*Crest, LLC.*

1

## CERTIFICATE OF SERVICE

I hereby certify that the counsel of record were served with a copy of the foregoing document via electronic delivery via the Court's electronic filing system on March 28, 2022.

*/s/ Jay R. Campbell*

5480620.1