# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| GOLD CREST, LLC, | ) | CASE NO. 5:19-cv-2921 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| PROJECT LIGHT, LLC, et al., | ) | |
| | ) | |
| DEFENDANTS. | ) | |

On June 23, 2022, the Court was informed by email from Attorney David Cupar, the mediator engaged by the parties, that the parties have settled this matter. Because this matter has been resolved, all pending motions shall be terminated as moot.

All releases, agreements, actions, or entries necessary to complete and comply with the settlement shall be executed by the parties. A final agreed entry dismissing this case with prejudice, and approved by counsel for all parties, shall be filed on or before July 27, 2022. This case is closed.

**IT IS SO ORDERED**.

Dated: June 24, 2022

**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**